JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARVIN L.,

       Plaintiff,

     v.

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.

Case No. 5:24-cv-02346-MBK

JUDGMENT

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: ___03/12/2026___    _____

HON. MICHAEL B. KAUFMAN
U.S. MAGISTRATE JUDGE